IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOCAL NO. 5 AND LOCAL NO. 602 TRUST FUND COLLECTION COMMITTEE, et al | * | |
| | * | |
| Plaintiff | * | Civil No.: JFM-00-1764 |
| v. | * | |
| RUSSELL S. COLLINS d/b/a Collins Mechanical Services, et al | ****** | |
| Defendant | | |

ORDER

The court file reflecting that service of process has been effected upon the above named defendants and that defendants have not yet filed any response to the Complaint, it is, this _23rd_ day of _Jan_, 20_01_,

ORDERED that plaintiffs file and serve by mail on the above named defendants a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 30 days of this order.

J. FREDERICK MOTZ, CHIEF
UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 12/1999)