UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
_____
                               )
LOCAL NO. 5 AND LOCAL No. 602  )
TRUST FUND COLLECTION COMMITTEE,)
et al.,                        )
                               )
        Plaintiffs,            )
                               )
        v.                     )   CIVIL ACTION NO. JFM-00-1764
                               )
RUSSELL S. COLLINS d/b/a COLLINS)
MECHANICAL SERVICES,           )
                               )
        and                    )
                               )
RUSSELL S. COLLINS,            )
                               )
        and                    )
                               )
COLLINS MECHANICAL SERVICES,   )
                               )
        Defendants.            )
_____)
```

## NOTICE OF DISMISSAL

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C.  20016
(202) 362-0041

By: _____
R. Richard Hopp
MD Bar No. 07363

_____
John R. Harney
MD Bar No. 06572

GRANTED this /4th day of
 Feb      , 2001:

_____
United States District Judge

cc's next page

